1

2

3

4

5

6

7          **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE DISTRICT OF ARIZONA**

9

**PHILLIP TOTHEROW,**                          )
10                                             )
          **Plaintiff,**                       )
11                                             )
          **v.**                               )    **CIV 07-02218 PHX PGR (MEA)**
12                                             )
**DORA SCHRIRO, et al.,**                      )    **REPORT AND RECOMMENDATION**
13                                             )
          **Defendants.**                      )
14 _____ )

15 **TO THE HONORABLE PAUL G. ROSENBLATT:**

16          This   matter   is   before   the   Magistrate   Judge   on

17 referral from the District Judge, and the determination of the

18 Magistrate Judge is dispositive of some of Plaintiff's claims.

19 Accordingly, the following proposed findings of fact, report,

20 and recommendation are made pursuant to Rule 72(b), Federal

21 Rules of Civil Procedure, and 28 U.S.C. § 636(b)(1)(B) and

22 (C).

23          Plaintiff, who is now incarcerated by the Arizona

24 Department of Corrections, filed a civil rights complaint on

25 November 14, 2007, naming Dora Schriro, the Arizona Department

26 of Corrections, and members of the Board of Institutional

27 Protectional Committee as defendants.   On January 18, 2008,

28 the Court granted Plaintiff's motion to proceed *in forma*

*pauperis* and dismissed the complaint with leave to amend.

1          On February 5, 2008, Plaintiff filed an amended

2 complaint naming Herb Haley and Benny Rollins as defendants

3 and alleging these defendants failed to protect him from

4 attacks by other inmates in 2001 and 2006.  On April 2, 2008,

5 the Court ordered Defendants Haley and Rollins to answer Count

6 I of Plaintiff's amended complaint at Docket No. 8.  The Court

7 denied Plaintiff's motion for injunctive relief without

8 prejudice.

9          Defendants waived service and filed an answer to the

10 amended complaint on June 30, 2008.  See Docket No. 15.  On

11 July 2, 2008, the Court ordered any motion to add parties or

12 to further amend the complaint be filed by September 5, 2008.

13          Plaintiff filed a motion [Docket No. 19] for leave to

14 file an amended complaint on September 4, 2008.  Plaintiff

15 did not lodge a proposed amended complaint.  In an order

16 issued October 3, 2008, the Court allowed Plaintiff until

17 October 31, 2008, to file a second amended complaint.  The

18 Second Amended Complaint was filed October 20, 2008.  In an

19 order issued November 25, 2008, the Court ordered Defendants

20 to answer the claims stated in the Second Amended Complaint.

21          Defendants filed a motion to dismiss on February 11,

22 2009.  Plaintiff filed a response to the motion to dismiss and

23 a motion [Docket No. 56] for leave to amend his Second Amended

24 Complaint on March 16, 2009.  Defendants oppose the motion for

25 leave to amend the Second Amended Complaint.

26          The scheduling order required all motions to join

27 parties or to further amend pleadings be filed by September 5,

28 2008.  Plaintiff has filed two amended complaints since his

-2-

1  original   complaint   was   filed.    A   dispositive   motion   is

2  pending.

3          Accordingly,

4          **IT IS RECOMMENDED that** Plaintiff's motion for leave

5  to file an amended complaint which adds additional parties and

6  claims for relief be **denied**.

7          DATED this 13th day of April, 2009.

8

9

10                         _____

                            Mark E. Aspey

11                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28