**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Totherow, ) | |
| ) | |
| Plaintiff, ) | CV 07-2218-PHX-PGR (MEA) |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dora B. Schriro, et al., ) | **NON-DEATH PENALTY** |
| ) | |
| Defendants. ) | |

Currently before the Court is the Report and Recommendation of Magistrate Judge Aspey (doc. #60) based on Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.[1]  Having reviewed *de novo* the Petition and the Report and Recommendation of Magistrate Judge Aspey, and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(doc. #60)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED **DENYING** Plaintiff's Motion for Leave to File an Amended Complaint **(doc. #56).**

DATED this 12th day of May, 2009.

Paul G. Rosenblatt
United States District Judge

---

[1] Petitioner challenges his state court conviction of first degree murder. (Doc. 1.)